IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RONNIE S. SMITH,

        Petitioner,

vs.

BARBARA LEWIEN,

        Respondent.

8:21CV230

**ORDER**

    Petitioner was ordered to file and serve a brief in response to the Respondent's Answer (filing 14) and Brief in Support (filing 15). (*See* Filing 7.) Petitioner's brief has not been filed with the court.

    IT IS ORDERED that:

    1.    Petitioner shall file his brief in response to the Respondent's Answer and Brief on or before March 11, 2022. Otherwise, the matter will be ripe for consideration.

    2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **March 11, 2022**: check for Petitioner's brief.

    Dated this 18th day of February, 2022.

                                            BY THE COURT:

                                           *Richard G. Kopf*
                                           Richard G. Kopf
                                           Senior United States District Judge